**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT ROSSA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-CV-00538 HEA |
| | ) | |
| JUSTICE CENTER MEDICAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

Before the Court is self-represented Plaintiff Robert Rossa's handwritten Complaint. [ECF No. 1]. Plaintiff is currently incarcerated at the St. Louis City Justice Center in St. Louis, Missouri. Because Plaintiff's pleading is handwritten and not on a Court-provided form, the Court will direct Plaintiff to submit an Amended Complaint on the Court-provided Prisoner Civil Rights Complaint form. *See* E.D. L.R. 2.06(A). Also, the Court will order Plaintiff to submit an Application to Proceed Without Prepayment of Fees or Costs in a § 1983 action, as well as a certified prison account, or pay the $405 filing fee, no later than 30 days from the date of this Order. Plaintiff's failure to do so will result in the dismissal of this action, without prejudice.

### The Complaint

On April 9, 2026, Plaintiff filed a handwritten Complaint asserting that he was being denied medical care during his incarceration at the St. Louis City Justice Center. He asserts that he has not been provided proper treatment for opioid addiction, and he also claims that he is suffering from cavities in his front teeth that are not being cared for. Plaintiff states that he has also sought treatment for carpal tunnel syndrome in both of his arms, but he claims that he has been denied treatment by Nurse Burns. Plaintiff seeks monetary damages and injunctive relief in this action.

**Discussion**

The Court will order Plaintiff to file an Amended Complaint on a Court-provided Prisoner Civil Rights Complaint Form and either pay the $405 filing fee or file an Application to Proceed in Without Prepayment of Fees or Costs in a § 1983 action, along with his prison account statement. If Plaintiff seeks leave to proceed without prepayment of fees, he will be assessed an initial partial filing fee based on his ability to pay a portion of the filing fee, and this case will be reviewed pursuant to 28 U.S.C. § 1915 for frivolousness, maliciousness, and for failure to state a claim.[1]

Plaintiff shall have 30 days from the date of this Order to either submit the $405 filing fee or file an Application to Proceed Without Prepayment of Fees or Costs, along with his account statement. Plaintiff must also file an Amended Complaint on the Court-form within 30 days. Plaintiff is warned that the filing of his Amended Complaint **completely replaces** his original Complaint, and so it must include all claims he wishes to bring. *See In re Wireless Tel. Fed. Cost Recovery Fees Litig.*, 396 F.3d 922, 928 (8th Cir. 2005) ("It is well-established that an amended complaint supercedes an original complaint and renders the original complaint without legal effect"). Any claims from his original Complaint that are not included in his Amended Complaint will be deemed abandoned and will not be considered. *Id*. If Plaintiff fails to either pay the full filing fee or file his Application to Proceed Without Prepayment of Fees or Costs, along with his account statement, or file his Amended Complaint within 30 days, the Court will dismiss this action without prejudice and without further notice.

Accordingly,

---

[1] After payment of the initial partial filing fee, Plaintiff will be required to pay the full $350 of the filing fee as required under the Prison Litigation Reform Act.

**IT IS HEREBY ORDERED** that the Clerk shall provide Plaintiff copies of the Prisoner Civil Rights Complaint Form and the Application to Proceed Without Prepayment of Fees or Costs in a § 1983 Action.

**IT IS FURTHER ORDERED** that Plaintiff shall file an Amended Complaint on the Court-provided form within 30 days of the date of this Order.

**IT IS FURTHER ORDERED** that, within 30 days of the date of this Order, Plaintiff shall either pay the full filing fee of $405 or file a completed Application to Proceed in District Court Without Prepaying Fees or Costs along with a certified copy of his prison account statement for the six-month period immediately preceding the filing of the complaint.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 14th day of April, 2026.

_____

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

3